No. 95-1573. STATTIN v. FEDERAL DEPOSIT INSURANCE COR-PORATION, AS STATUTORY SUCCESSOR TO RESOLUTION TRUST CORPORATION, AND AS RECEIVER FOR FLORIDA FEDERAL SAV-INGS, F. S. B., ET AL. C. A. 11th Cir. Certiorari denied.

No. 95-1575. MCGLORY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95-1592. COUSIN v. OFFICE OF THRIFT SUPERVISION, DE-PARTMENT OF THE TREASURY. C. A. 2d Cir. Certiorari denied.

No. 95-1631. STANGL v. REICH, SECRETARY OF LABOR. C. A. 10th Cir. Certiorari denied.

No. 95-1633. LEINENBACH, AKA NELSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95-1639. FIELDS ET AL. v. UNITED STATES; and
No. 95-9441. RICHARDSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 72 F. 3d 1200.

No. 95-1659. LOWE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95-1662. UNITED ASSOCIATION OF JOURNEYMEN AND AP-PRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY, AFL-CIO, ET AL. v. RENO, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95-1674. GOLDEN ET AL. v. KELSEY-HAYES CO. ET AL.; and
No. 95-1884. KELSEY-HAYES CO. v. GOLDEN ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 73 F. 3d 648.

No. 95-1675. CONFORTI, DBA C&C PRODUCE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95-1676. PETTUS v. I. T. O. CORPORATION OF VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 95-1680. GENERAL SECRETARIAT OF THE ORGANIZATION OF AMERICAN STATES v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.